```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02844
    GWENDOLYN A THOMAS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-0217

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/20/2007 and was confirmed 04/12/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 08/20/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
OPTION ONE MORTGAGE       CURRENT MORTG         .00           .00           .00
OPTION ONE MORTGAGE CO    UNSECURED       NOT FILED           .00           .00
OPTION ONE MORTGAGE       MORTGAGE ARRE         .00           .00           .00
CITY OF CHICAGO WATER DE  SECURED            295.00           .00         15.00
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY          1247.18           .00           .00
AMERICASH LOANS LLC       UNSECURED         4770.18           .00           .00
ASPIRE                    UNSECURED       NOT FILED           .00           .00
ASSET ACCEPTANCE CORP     UNSECURED          179.98           .00           .00
CAINE & WEINER CO INC     UNSECURED       NOT FILED           .00           .00
MCI                       UNSECURED       NOT FILED           .00           .00
CHICAGO AREA OFFICE FEDE  UNSECURED        22156.61           .00           .00
CHICAGO AREA CREDIT UNIO  UNSECURED       NOT FILED           .00           .00
CHICAGO AREA CREDIT UNIO  UNSECURED       NOT FILED           .00           .00
CHICAGO AREA CREDIT UNIO  UNSECURED       NOT FILED           .00           .00
CHICAGO AREA CREDIT UNIO  UNSECURED       NOT FILED           .00           .00
ASPIRE VISA GOLD          UNSECURED          495.66           .00           .00
COMPUTER CREDIT           UNSECURED       NOT FILED           .00           .00
CORPORATE AMERICA FEDERA  UNSECURED         1513.30           .00           .00
PREMIER BANKCARD          UNSECURED          264.99           .00           .00
GINNYS                    UNSECURED          315.72           .00           .00
PEOPLES GAS               UNSECURED       NOT FILED           .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED         2985.91           .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED       NOT FILED           .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        11794.09           .00           .00
MERCHANT COLLECTIONS      UNSECURED       NOT FILED           .00           .00
MIDNIGHT VELVET           UNSECURED          189.34           .00           .00
MCI COMMUNICATIONS        UNSECURED       NOT FILED           .00           .00
MCI COMMUNICATIONS        UNSECURED       NOT FILED           .00           .00
TCF BANK                  UNSECURED       NOT FILED           .00           .00
PURCHASING POWER          UNSECURED          884.52           .00           .00
RJM ACQUISITIONS          UNSECURED           86.37           .00           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 02844 GWENDOLYN A THOMAS
```

```
TEX COLLECTION AGENCY    UNSECURED       NOT FILED            .00            .00
TORRES CREDIT SERVICES   UNSECURED       NOT FILED            .00            .00
BROTHER LOAN & FINANCE   UNSECURED          552.10            .00            .00
AAA CHECKMATE LLC        UNSECURED         1290.86            .00            .00
CITY OF CHICAGO PARKING  UNSECURED         1070.00            .00            .00
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED           66.32            .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,464.00                      1,638.21
TOM VAUGHN               TRUSTEE                                           113.27
DEBTOR REFUND            REFUND                                            176.31

      Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
 ------------------------------------------------------------------------------
TRUSTEE                  1,942.79

PRIORITY                                              .00
SECURED                                             15.00
UNSECURED                                             .00
ADMINISTRATIVE                                    1,638.21
TRUSTEE COMPENSATION                                113.27
DEBTOR REFUND                                       176.31
                         ---------------      ---------------
TOTALS                   1,942.79            1,942.79
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/28/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE